United States District Court
Middle District of Tennessee

Michael Samsung
Son Truong;
and all others similarly situated
Plaintiffs

RECEIVED
IN CLERK'S OFFICE
MAY 16 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

v.

Apple Inc.; Shelly Sterling, Jimmy Lovine, Pandora Media Inc.
Defendants

Motion for Preliminary Injunction, Temporary Restraining Order, TRO Under 28 USC 1331

Patent, Trademark Violations, Whistleblowing

Defendants stole our patents. We own Quick Links and Slide to Unlock. Apple hired Shelly Sterling as a hitwoman she threatened to shove a I-phone to shut us up from whistleblowing her. Shelly Sterling said No homo's or chomo's deserves Apple gadgets. Mrs. Sterling threatened to put a Apple on Plaintiff Son Truong's Head and shoot it with a Bow for being Korean. Apple sunk the North Korean Ferry remotely with a I-phone because Sam Sung technicians were on the Ferry, so Apple could knock out the competitor. Plaintiffs have selfies on Apple I-phone photos at a terror based office intelligence center in Bucks County, PA with Lawyer Jeffrey Hommel middleman mastermind of terror networks in the Delaware Valley. Plaintiffs seek a restraining order and congressional investigation for these homegrown terrorist affiliates.

Jeffrey Hommel, Kelly Fischer, Laurie Ritter, Stacy Stephon, Crystal Hayworth, Sunny Beatrice, Joseph Duffy, Eftalia Ozorgie and sons are orchestrating Fatwas stating Audhu billahi minash shaataanir rajeem against the American people especially with their East Coast terror outfits and bases with covert and sinister intelligence. We and the American public seek relief and protection from these mujadeen under the perfect camoflauge.

Respectfully Omitted,

5/12/14

SON TRUONG
D.O.C. JB 6853
301 INSTITUTION DR.
BELLEFONTE, PA 16823