Son Truong
# JB 6853
301 Institution Dr.
Bellefonte, PA 16823



United States District Court
M.D. Tennessee
U.S. Courthouse
801 Broadway
Nashville, TN 37203

JAN 27

"Inmate Mail - PA DEPT. OF CORRECTIONS"

RECEIVED
IN CLERK'S OFFICE
MAY 16 2014
U.S. DISTRICT COURT
MID. DIST. TENN.