U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2250 0001 0309 7587

Son Truong
301 Institution Dr.
Bellefonte, PA 16823
3:14mc737  DE 2

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions