UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN. 37203

RECEIVED
IN CLERK'S OFFICE
JUN 23 2014
U.S. DISTRICT COURT
MID DIST. TENN

3:14 MC737   DE #2

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Son Truong
   301 Institution Dr.
   Bellefonte, PA 16823
   3:14mc737  DE 2

2. 7013 2250 0001 0309 7587

PS Form 3811, July 2013    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M Walters          ☒ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6-20-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes