# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:14–mc–00737

Samsung et al v. Apple Inc. et al      Date Filed: 05/16/2014
Assigned to: District Judge Kevin H. Sharp

**Plaintiff**

**Michael Samsung**     represented by **Michael Samsung**
PRO SE

**Plaintiff**

**Son Truong**     represented by **Son Truong**
D.O.C.
301 Institution Dr.
Bellefonte, PA 16823
PRO SE

V.

**Defendant**

**Apple Inc.**

**Defendant**

**Shelly Sterling**

**Defendant**

**Jimmy Lovine**

**Defendant**

**Pandora Media Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2014 | 1 | COMPLAINT against Apple Inc., Jimmy Lovine, Pandora Media Inc., Shelly Sterling, filed by Michael Samsung, Son Truong. (Attachments: # 1 envelope)(tmw) (Entered: 05/19/2014) |
| 05/21/2014 |  | NOTICE mailed to pro se party regarding filing of new case (docket sheet &certificate of service form included). (tmw) (Entered: 05/21/2014) |
| 06/12/2014 | 2 | ORDER: Michael Samsung is directed to sign and return the original complaint to the court within fifteen (15) days of his receipt of this order if he wishes to proceed as a plaintiff in this matter. Truong and Samsung are directed to do one of the following within thirty (30) days of the date that each receives this order: either (1) pay his portion of the filing fee (one–half); or (2) complete the application to proceed in forma pauperis and return the properly completed application to the district court.. Signed by District Judge Kevin H. Sharp on 7/12/14. (xc:Pro se party by regular mail w/unsigned complaint and blank prisoner and non prisoner IFP forms and by certified |

| | | |
|---|---|---|
| | | mail.)(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 06/13/2014) |
| 06/17/2014 | 3 | CERTIFIED MAIL RECEIPT re 2 Order. (afs) (Entered: 06/17/2014) |
| 06/23/2014 | 4 | ACKNOWLEDGMENT OF SERVICE as to 2 Order mailed to Son Truong. Signed for by M. Walters on 6/20/14. (tmw) (Entered: 06/24/2014) |