**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7013 0200 0001 9634 2388

Sent To: 3:14-cv-01610 DE#6
Son Truong
Michael Samsung
D.O.C.
Street, Apt. or PO Box: 301 Institution Dr.
City, State, ZIP: Bellefonte, PA 16823

PS Form 3800, August 2006     See Reverse for Instructions