UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box •

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN. 37203

RECEIVED
IN CLERK'S OFFICE
AUG 1 4 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

3:14-1610   #6

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    3:14-cv-01610 DE#6
    Son Truong
    Michael Samsung
    D.O.C.
    301 Institution Dr.
    Bellefonte, PA 16823

2. Article Number
   (Transfer from   7013 3020 0001 9634 2388

PS Form 3811, July 2013      Domestic Return Receipt

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]      ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8-11-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes