

Pennsylvania. (*See* Docket No. 1).